In the United States District Court
for the Southern District of Georgia
Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2009 DEC -4 A 10: 36
CLERK
SO. DIST. OF GA

DAVID L'HOIR, a/k/a : CIVIL ACTION
DAVID ELLIOT KENNEDY,

    Petitioner,

v.

WARDEN, Federal Satellite Low,

    Respondent.     NO. CV208-166

## O R D E R

On November 12, 2009, Magistrate Judge James E. Graham entered a report and recommendation suggesting dismissal of Petitioner's case. Judge Graham concluded that, contrary to L'Hoir's protestations, the prisoner's extradition to Australia was not barred by any statute of limitations problems relating to the criminal charges pending against L'Hoir in that country.

After an independent review of L'Hoir's objections to the Magistrate Judge's findings, the Court concurs with the Magistrate Judge's suggested disposition of the case and hereby **ADOPTS** the report and recommendation as the order of the Court. Petitioner's objections are **OVERRULED**. Dkt. No. 21. The Clerk shall enter judgment accordingly.

**SO ORDERED**, this  3rd  day of December, 2009.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)